# MEMORANDUM CASES.

[Civ. No. 2517. First Appellate District—September 25, 1918.]

W. H. WRIGHT et al., Respondents, v. YOSEMITE TRANSPORTATION COMPANY (a Corporation), Appellant.

NEGLIGENCE—COMMON CARRIER—INJURY TO PASSENGER—STAGE GOING OFF GRADE—BURDEN OF PROOF.—Judgment affirmed on the authority of *Wright et ux.* v. *Yosemite Transportation Co., ante,* p. 277.

APPEAL from a judgment of the Superior Court of Mariposa County. J. J. Trabucco, Judge.

The facts are stated in the opinion of the court.

Myrick & Deering, James Walter Scott, and F. P. Tuttle, for Appellant.

R. C. Gortner and John A. Wall, for Respondents.

THE COURT.—This case involves the same question as the case bearing the same title and numbered in this court No. 2516 (*ante,* p. 277, [175 Pac. 905].) For the reasons given in the opinion affirming the judgment in that case, the judgment in this case is also affirmed.

A petition for a rehearing of this cause was denied by the district court of appeal on October 25, 1918, and a petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on November 21, 1918.